UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, on Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TEXTRON INC., et al.<br><br>　　　　　　Defendants. | Civil Action No. 09-cv-00367<br><br>CLASS ACTION |

## DECLARATION OF BRIAN M. LUTZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT

I, Brian M. Lutz, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an associate with the law firm Gibson, Dunn & Crutcher LLP, counsel for Defendants in this action. I submit this declaration in support of Defendants' Motion to Dismiss the Consolidated Class Action Complaint.

2. Attached hereto as Exhibit 1 is a true and correct excerpt from Textron Inc.'s ("Textron") Form 10-K, dated February 25, 2010.

3. Attached hereto as Exhibit 2 is a true and correct excerpt from Textron's Form 10-K, dated February 26, 2009.

4. Attached hereto as Exhibit 3 is a true and correct excerpt from Textron's Form 10-K, dated February 20, 2008.

5. Attached hereto as Exhibit 4 is a true and correct copy of a Textron Press Release, dated Sept. 23, 2009.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Textron Earnings Call transcript dated July 19, 2007.

7. Attached hereto as Exhibit 6 is a true and correct copy of a Textron Press Release, dated July 19, 2007.

8. Attached hereto as Exhibit 7 is a true and correct excerpt from Textron's Form 10-Q, dated July 27, 2007.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Textron Earnings Call transcript, dated October 18, 2007.

10. Attached hereto as Exhibit 9 is a true and correct copy of a Textron Press Release, dated October 18, 2007.

11. Attached hereto as Exhibit 10 is a true and correct excerpt from Textron's Form 10-Q, dated October 29, 2007.

12. Attached hereto as Exhibit 11 is a true and correct copy of the Textron Earnings Call transcript, dated January 24, 2008.

13. Attached hereto as Exhibit 12 is a true and correct copy of a Textron Press Release, dated January 24, 2008.

14. Attached hereto as Exhibit 13 is a true and correct copy of the Textron Earnings Call transcript, dated April 17, 2008.

15. Attached hereto as Exhibit 14 is a true and correct copy of a Textron Press Release, dated April 17, 2008.

16. Attached hereto as Exhibit 15 is a true and correct excerpt from Textron's Form 10-Q, dated April 25, 2008.

17. Attached hereto as Exhibit 16 is a true and correct copy of the Textron Earnings Call transcript, dated July 17, 2008.

18. Attached hereto as Exhibit 17 is a true and correct copy of a Textron Press Release, dated July 17, 2008.

19. Attached hereto as Exhibit 18 is a true and correct excerpt from Textron's Form 10-Q, dated July 25, 2008.

20. Attached hereto as Exhibit 19 is a true and correct copy of the Textron Earnings Call transcript, dated October 16, 2008.

21. Attached hereto as Exhibit 20 is a true and correct copy of a Textron Press Release, dated November 4, 2008.

22. Attached hereto as Exhibit 21 is a true and correct excerpt from Textron's Form 10-Q, dated October 29, 2008.

23. Attached hereto as Exhibit 22 is a true and correct copy of a Textron Press Release, dated December 22, 2008.

24. Attached hereto as Exhibit 23 is a true and correct copy of the Textron Earnings Call transcript, dated January 29, 2009.

25. Attached hereto as Exhibit 24 is a true and correct copy of a Textron Press Release, dated January 29, 2009.

26. Attached hereto as Exhibit 25 is a true and correct excerpt from Textron Financial Corporation's ("TFC") Form 10-K, dated February 20, 2008.

27. Attached hereto as Exhibit 26 is a true and correct excerpt from TFC's Form 10-K, dated February 26, 2009.

28.   Attached hereto as Exhibit 27 is a true and correct copy of the TFC analyst call transcript, dated August 6, 2008.

29.   Attached hereto as Exhibit 28 is a true and correct copy of a Textron Press Release, dated June 13, 2008.

30.   Attached hereto as Exhibit 29 is a true and correct excerpt from TFC's Form 10-K, dated February 21, 2007.

31.   Attached hereto as Exhibit 30 is a true and correct excerpt from TFC's Form 10-Q, dated April 25, 2008.

32.   Attached hereto as Exhibit 31 is a true and correct excerpt from TFC's Form 10-Q, dated July 25, 2008.

33.   Attached hereto as Exhibit 32 is a true and correct excerpt from TFC's Form 10-Q, dated October 29, 2008.

34.   Attached hereto as Exhibit 33 is a true and correct copy of Textron's Form 4, dated May 14, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of April, 2010, at New York, NY.

_____
Brian M. Lutz