UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**City of Roseville Employees' Retirement System, *on behalf of all others similarly situated***
**Plaintiffs,**

**v.** **CA 09-367PB**

**Textron, Inc., et al.**
**Defendants.**

**JUDGMENT**

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for Defendants against Plaintiffs, pursuant to the Memorandum and Order dated August 23, 2011 (issued by Judge Paul J. Barbadoro, District of New Hampshire, sitting by designation) granting Defendants' Motion to Dismiss the Consolidated Class Action Complaint.**

Enter:

[signature]
*Deputy Clerk*

DATED: **August 24, 2011**