# United States Court of Appeals
## For the First Circuit

No. 11-2106

AUTOMOTIVE INDUSTRIES PENSION TRUST FUND,

Plaintiff, Appellant.

CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM,

Plaintiff,

v.

TEXTRON INC.; LEWIS B. CAMPBELL; TED R. FRENCH,

Defendants, Appellees.

ANGELO BUTERA; THOMAS F. CULLEN; BUELL J. CARTER, JR.; DOUGLAS WILBURNE; TEXTRON FINANCIAL CORP.,

Defendants.

**JUDGMENT**

Entered: June 7, 2012

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:
/s/ Margaret Carter, Clerk

cc: Ms. Benjamin, Mr. George, Mr. Karlan, Mr. Kusinitz, Mr. Lutz, Mr. Marcaccio, Mr. Morse, Ms. Myers, Mr. Robbins, Ms. Rocha, Mr. Roseman, Mr. Rudman, Ms. Skovron, Mr. Taratino, Mr. Twersky, Mr. Wasylyk, Mr. Wilens,